FILED
2017 Jan-03 AM 09:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Application To Continue A Member
Of Federal Bar In Good Standing

I certify that I am a member in good standing of the Alabama State Bar and that I either reside in Alabama or regularly engage in the practice of law in Alabama.

Date: 1/3/2017        Signature: [signature]

| PLEASE PRINT OR TYPE |
|---|
| Mr./Mrs./Ms.: Mr.   First Name/Initial: David   Middle Name/Initial: E.   Last Name: Rains |
| Alabama Bar Number: ASB-2728-s81d |
| Law Firm/Company Name (if any): Rosen Harwood, P.A. |
| Mailing Address: P.O. Box 2727 |
| City/State/ZIP Code: Tuscaloosa, AL 35403 |
| Business Telephone (Include Area Code) (Main Number, NOT Individual Phone Number): 205-344-5000 |
| FAX Number (Include Area Code) -- Dedicated FAX Line For Receipt Of Court Orders And Notices: 205-758-8358 |
| Other Courts To Which Currently Admitted To Practice: AL Southern District, AL Middle District |
| Name When Initially Admitted To Practice (if different from above): |
| Name As It Appears On Pleadings (if different from above): |
| Email Address: drains@rosenharwood.com |

PLEASE INCLUDE $50.00 READMISSION FEE MADE PAYABLE TO:

CLERK, U.S. DISTRICT COURT
1729 5th Avenue, North, Room 140
Birmingham, AL 35203